**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
|     Plaintiff/Respondent, | § | |
| | § | |
| V. | § | CR. No. C-02-351 |
| | § | C.A. No. C-06-454 |
| HECTOR RUBIO, | § | |
|     Defendant/Movant. | § | |

**<u>FINAL JUDGMENT</u>**

    The Court enters final judgment denying defendant Hector Rubio's motion to

vacate, set aside or correct sentence under 28 U.S.C. § 2255.


    ORDERED this 24th day of April, 2007.


                                   _____
                                       HAYDEN HEAD
                                     CHIEF JUDGE